# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SANDRA BELLS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No.: 4:15-cv-02245-KAW<br><br>Hon. Mag. Judge Kandis A. Westmore<br><br>**[~~PROPOSED~~] ORDER GRANTING REQUEST TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**Current Response Deadline:**<br>July 24, 2015<br><br>**Proposed Response Deadline:**<br>August 24, 2015<br><br>**Hearing**: [No Hearing Required] |

*Plaintiff* Sandra Bells ("Plaintiff") and *defendant* Ocwen Loan Servicing, LLC ("Ocwen") have submitted a *Stipulation to Further Extend Deadline to Respond to Complaint* (the "Stipulation"), stipulating that Defendant will have through and including August 24, 2015, to file a response to the Complaint.

GOOD CAUSE HAVING BEEN SHOWN,

/././

/././

/././

/././

1  **IT IS HEREBY ORDERED** that Defendant shall have through and including August 24,
2  2015, to file a response to Plaintiff's Complaint.

Dated: 7/27/15

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE