**1**
**2**
**3**
**4**
**5**
**6**
**7**
**8** UNITED STATES DISTRICT COURT
**9** NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
**10**

| | |
|---|---|
| **11** SANDRA BELLS, an individual; | Case No.: 4:15-cv-02245-KAW |
| **12**   Plaintiff, | Hon. Mag. Judge Kandis A. Westmore |
| **13**   v. | **ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND RELATED DEADLINES- AS MODIFIED** |
| **14** OCWEN LOAN SERVICING, LLC; and Does 1 through 50, inclusive, | |
| **15** | |
| **16**   Defendants. | **Current Case Management Conference**: Date: August 18, 2015 |
| **17** | Time: 1:30 p.m. Crtm.: 4 |
| **18** | |

**19**
**20**
**21**   The Court having considered the *Stipulation to Continue Case Management Conference and*
**22** *Extend Related Deadlines* (the "Stipulation") entered into by and between *defendant* Ocwen Loan
**23** Servicing, LLC; and *plaintiff* Sandra Bells, and good cause appearing therefor,
**24** /./../
**25** /././
**26** /././
**27** /././
**28**

1   CASE NO. 4:15-CV-02245-KAW
**ORDER GRANTING STIPULATION TO CONTINUE CONFERENCE AND EXTEND DEADLINES**
556364.1

**IT IS ORDERED** that the Stipulation is **APPROVED**.

1. The deadline for the Parties to file a Joint Case Management Statement, discovery plan, and initial disclosures is extended to <u>November 3, 2015</u>.
2. The Case Management Conference is continued to <u>November 10, 2015</u>, at 1:30 p.m.
3. The deadline for Ocwen to respond to the Complaint is extended to <u>October 26, 2015</u>.
4. The deadline for the Parties to complete mediation is extended to <u>January 4, 2016</u>.

**IT IS SO ORDERED.**

Dated:   8/13/15

*/s/ Kandis Westmore*
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE