UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA BELLS,<br>          Plaintiff,<br>   v.<br>OCWEN LOAN SERVICING, LLC,<br>          Defendant. | Case No. 15-cv-02245-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 16 |

On August 11, 2015, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: August 17, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge