|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA BELLS, an individual, | Case No.: 4:15-cv-02245-KAW |
| Plaintiff, | Hon. Mag. Judge Kandis A. Westmore |
| v. | |
| OCWEN LOAN SERVICING, LLC; and Does 1 through 50, inclusive, | **ORDER APPROVING STIPULATION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| Defendants. | <u>Hearing</u>: [No Hearing Required] |

The Court having considered the *Stipulation to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "<u>Stipulation</u>") entered into by and between *defendant* Ocwen Loan Servicing, LLC, and *plaintiff* Sandra Bells, and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that this action is hereby dismissed *with prejudice*.

/./././

/././/

**IT IS FURTHER ORDERED** that all future hearing dates in this action are hereby vacated.

**IT IS SO ORDERED**.

Dated: 10/1/15

_Kandis Westmore_
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE